UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61903-CIV-COHN/SELTZER

JAMES FALIN,

    Plaintiff,

vs.

**DRAFT**

CONDOMINIUM ASSOCIATION OF
LA MER ESTATES, INC., and
KEVIN RATHVON,

    Defendants.
_____/

**VERDICT FORM**

**Do you, the jury, find from a preponderance of the evidence:**

1. That Defendant Condominium Association of La Mer Estates, Inc., violated the Fair Housing Act by failing to provide a reasonable and necessary accommodation requested by Plaintiff James Falin on behalf of Antonette Falin?

    Answer Yes or No  _____

2. That Defendant Kevin Rathvon violated the Fair Housing Act by failing to provide a reasonable and necessary accommodation requested by Plaintiff James Falin on behalf of Antonette Falin?

    Answer Yes or No  _____

Note:  If you answered "No" to Questions 1 and 2 above, please proceed no further except to sign and date this Verdict Form.  If you answered "Yes" to either Question 1 or 2 above, please proceed to Questions 3 through 6 on the next page.

3. That the Plaintiff should be awarded damages to compensate for net actual economic damages to the date of trial resulting from Defendants' unlawful conduct?

    Answer Yes or No  _____

    If your answer is Yes,
    in what amount?  $_____

4. That the Plaintiff should be awarded damages to compensate for emotional pain and mental anguish resulting from Defendants' unlawful conduct?

    Answer Yes or No  _____

    If your answer is Yes,
    in what amount?  $_____

5(a). That Defendant Condominium Association of La Mer Estates, Inc., acted with malice or reckless indifference to the Plaintiff's federally protected rights?

    Answer Yes or No  _____

(b) If your answer to part (a) is Yes, what amount of punitive damages, if any, should be assessed against Defendant Condominium Association of La Mer Estates, Inc.?

    $_____

6(a). That Defendant Kevin Rathvon acted with malice or reckless indifference to the Plaintiff's federally protected rights?

    Answer Yes or No  _____

(b) If your answer to part (a) is Yes, what amount of punitive damages, if any, should be assessed against Defendant Kevin Rathvon?

    $_____

SO SAY WE ALL.

Foreperson  _____

Dated  _____